*John Beaty* v. *John McNaughton.* M. FAIRCHILD, for appellant; C. L. ALLEN, for respondent. Order of vice chancellor overruling demurer affirmed with costs, and proceedings remitted.

*James Mulligan* v. *William H. Johnson, Hannah Roulstone et al.* DANIEL R. GARNIS & LIV. LIVINGSTON, for appellants; J. A. WEEKS, for respondent. Order dismissing so much of the appeal of the defendants except Johnson as relates to the denial of the application for a receiver; and affirming that part of order appealed from which overruled demurer of defendants, with costs.

*James Mulligan* v. *William H. Johnson, trustee, &c. et al.* R. M. TYSEN, for appellant; J. A. WEEKS, for respondents. Order dismissing so much of the appeal as relates to the denying of the motion for a receiver; that part of the order being in favor of the appellant. So much of order appealed from as respects the overruling of the demurer affirmed with costs to be paid by appellant.